UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| LUV N' CARE LTD.,<br><br>Plaintiff,<br><br>v.<br><br>MAYBORN GROUP LIMITED, JACKEL INTERNATIONAL LIMITED, MAYBORN USA, INC., JACKEL CHINA, LTD., MAYBORN ANZ PTY, LTD., AND PRODUCT MARKETING MAYBORN, LTD.<br><br>Defendants. | CASE NO. 3:18-cv-00534<br><br>JUDGE TERRY A. DOUGHTY<br>MAGISTRATE JUDGE PEREZ-MONTES |

**DEFENDANTS' MOTION FOR SANCTIONS**

Now, through undersigned counsel, comes Defendants ("Mayborn"), who move pursuant to the provisions of Rule 11(c)(2) of the Federal Rules of Civil Procedure as follows:

1.

Luv n' Care's ("LNC") Complaint alleges breach of a 2008 Agreement and accuses Mayborn of selling products with certain allegedly proprietary features copied from LNC. The lack of support in its Complaint and the factual record known to LNC render its claims meritless. LNC has failed to identify a single proprietary design that Mayborn used or copied. LNC had an obligation to bring every existing claim arising from an alleged breach of the 2008 Agreement when LNC sued Mayborn for breach of the very same agreement in 2010, 2013, and 2014. Rather than fulfill its obligations then, LNC has now sued Mayborn for a fourth time, again claiming breach of the 2008 Agreement. LNC had a full and fair opportunity to make these

claims in the previous cases because Mayborn sold products with these alleged proprietary features after it signed the 2008 Agreement and prior to final judgement in the prior cases. LNC did not raise these issues then, and it is estopped from raising them now. LNC's insistence on pursuing frivolous claims in the face of irrefutable evidence warrants sanctions.

2.

Pursuant to Fed. R. Civ. P. Rule 11(c)(2), Mayborn has served its memorandum of support upon counsel for Plaintiff, more than 21 days prior to the time of the filing of this Motion.

3.

Wherefore, Mayborn respectfully moves that the Court (1) dismiss this case with prejudice; (2) award to Mayborn its fees and costs spent in response to LNC's meritless complaint; and (3) award any other sanctions the Court deems appropriate.

Dated:  August 23, 2018                    Respectfully submitted,

HAYES, HARKEY, SMITH & CASCIO, L.L.P.
Tower Place, Suite 701
1500 North 19th Street (71201)
P.O. Box 8032 (71211-8032)
Monroe, Louisiana
Tel.: (318) 387-2422
Fax: (318) 388-5809
Email: tom@hhsclaw.com

FISH & RICHARDSON P.C.
John S. Goetz *pro hac vice*
601 Lexington Ave., 52nd Floor
New York, NY 10022-4611
Tel: (212) 765-5070
Fax: (212) 258-2291
Email: goetz@fr.com

FISH & RICHARDSON P.C. - Dallas
Matthew Colvin *pro hac vice*
1717 Main Street, Suite 5000
Dallas, TX  75201
Tel: (214) 747-5070
Fax: (214) 747-2091
Email: colvin@fr.com


Email: colvin@fr.com


By: */s/ John S. Goetz*
      John S. Goetz
      (pro hac vice)

COUNSEL FOR DEFENDANTS
MAYBORN GROUP LIMITED, JACKEL
INTERNATIONAL LIMITED, MAYBORN
USA, INC., JACKEL CHINA, LTD.,
MAYBORN ANZ PTY, LTD., AND
PRODUCT MARKETING MAYBORN, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, a copy of the foregoing Defendants' Motion for Sanctions was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

FISH & RICHARDSON P.C. - Dallas
Matthew Colvin *pro hac vice*
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091
Email: colvin@fr.com

BY: */s/ Matthew Colvin*
Matthew Colvin
(pro hac vice)