UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LUV N' CARE, LTD. | CIVIL ACTION NO. 3:18-CV-00534 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JACKEL INTERNATIONAL LTD., ET AL. | MAG. JUDGE PEREZ-MONTES |

### RULING

Before the Court is a Motion For Reconsideration Or, In The Alternative, To Amend The Court's November 23, 2020 Order To Certify An Issue For Interlocutory Appeal Pursuant To 28 U.S.C. § 1292(b) ("Motion to Reconsider") [Doc. No. 160], filed by Defendants Mayborn Group Limited, Jackel International Limited, Mayborn USA, Inc., Jackel China, Ltd., Mayborn ANZ Pty, Ltd., and Product Marketing Mayborn, Ltd., (collectively "Jackel") on December 16, 2020.

Plaintiff, Luv N' Care, Ltd. ("LNC") filed an Opposition [Doc. No. 166] to Jackel's Motion to Reconsider on January 20, 2021. Jackel filed a Reply [Doc. No. 167] on January 27, 2021.

For the reasons set forth herein, Jackel's Motion to Reconsider is DENIED as to both requests.

This Court rendered a Ruling [Doc. No. 153] in this proceeding on November 23, 2020 DENYING Jackel's Motion to Dismiss for Failure to State a Claim [Doc. No. 111] and GRANTING IN PART LNC's Cross-Motion For Partial Summary Judgment [Doc. No. 130].

On December 16, 2020, Jackel filed the pending Motion to Reconsider, asking the Court to reconsider its prior ruling, or in the alternative, to amend the prior order to certify an issue for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

After considering Jackel's Motion to Reconsider, LNC's Opposition, and Jackel's Reply,

this Court DENIES Jackel's requests. The arguments advanced by Jackel are the same arguments that were previously made or should have been made earlier. Finding no error of law in the previous ruling, Jackel's request to reconsider the prior ruling is DENIED.

Additionally, and alternatively, Jackel asks this Court to certify the order for an immediate appeal pursuant to 28 U.S.C. § 1292(b). Finding that certifying this matter for an immediate appeal would further delay this proceeding and that there is no controlling issue of law at issue, Jackel's request for an immediate appeal pursuant to 28 U.S.C. § 1292(b) is also DENIED.

MONROE, LOUISIANA this 10th day of March, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE